**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-23240-LEIBOWITZ**

**IVANS KUZNECOVS,**

*Plaintiff,*

*v.*

**KRISTI NOEM, *et al.,***

*Defendants.*
_________________________________/

# ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. Plaintiff filed this action on July 21, 2025. [ECF No. 1]. On December 8, 2025, Defendants filed a Motion to Dismiss [ECF No. 7] (the "Motion"). Plaintiff's response was due December 22, 2025. That deadline has passed, and Plaintiff has neither responded to the motion nor sought an extension of time to respond.

Pursuant to the Local Rules of the Southern District of Florida, "each party opposing a motion shall serve an opposing memorandum of law not later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. Fla. Loc. R. 7.1(c)(1).

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Dismiss [**ECF No. 10**] is **GRANTED BY DEFAULT** pursuant to S.D. Fla. Loc. R. 7.1(c)(1). This case is **DISMISSED WITHOUT PREJUDICE**.

2. ***The Clerk of Court*** is **DIRECTED** to **CLOSE** this case. All existing deadlines are **TERMINATED**. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on January 15, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record